IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA   :

v.                         :   CRIMINAL NO. 12-379

KAMAAL MALLORY             :

## ORDER

AND NOW, this 20th day of Oct, 2014, upon consideration of the Government's Motion to Dismiss Indictment, it is hereby

ORDERED

that the motion is granted. The indictment is dismissed and the defendant is immediately discharged.

BY THE COURT:

_____
The Honorable Mary A. McLaughlin
United States District Judge